IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00409-WYD-PAC

LEO LOSASSO RICCIARDI,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER,
OFFICE OF CATHOLIC SCHOOLS, and
ST. JOHN THE BAPTIST CATHOLIC CHURCH AND SCHOOL,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Status Report on Motion to Appoint Counsel [filed June 5, 2006; Doc. No. 27] is **denied**.  Plaintiff's Motion to Appoint Counsel [filed May 23, 2006; Doc. No. 16] will be considered at the Scheduling Conference on **June 29, 2006 at 11:00 a.m.,** in Courtroom A501.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 7, 2006