IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00409-WYD-PAC

LEO LOSASSO RICCIARDI,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER;
OFFICE OF CATHOLIC SCHOOLS;
ST. JOHN THE BAPTIST CATHOLIC CHURCH AND SCHOOL,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Defendants' Motion to Dismiss [# 31], filed June 28, 2006.  I initially note that this motion was referred to Magistrate Judge Coan pursuant to the Order of Reference dated March 27, 2006, and the memorandum dated June 28, 2006.  On August 8, 2006, Patricia Bangert entered an appearance on behalf of Plaintiff, who was previously proceeding pro se, and on August 21, 2006, I issued an Amended Order of Reference and un-referred the Motion to Dismiss.

Having reviewed Defendants' Motion to Dismiss, I determine that it should be stricken with leave to refile as a motion for summary judgment or as a motion to dismiss without the attached matters outside the pleading.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for

summary judgment.  Fed.R.Civ.P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).  Accordingly, it is

ORDERED that Defendants' Motion to Dismiss is stricken with leave to refile as a motion for summary judgment or as a motion to dismiss without the attached matters outside the pleading.  It is

FURTHER ORDERED that Defendants shall refile the motion by **Wednesday, September 6, 2006**.  It is

FURTHER ORDERED that Plaintiff's Motion for Extension of Time in which to Respond to Defendants' Motion to Dismiss [#43] is **DENIED AS MOOT**.

Dated:  August 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge