IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00409-WYD-PAC

LEO LOSASSO RICCIARDI,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER,
OFFICE OF CATHOLIC SCHOOLS, and
ST. JOHN THE BAPTIST CATHOLIC CHURCH AND SCHOOL,

    Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion for Leave to Amend Answer and Add an Additional Affirmative Defense . . . (Doc. #53), filed January 3, 2007, is **GRANTED.**

    The tendered First Amended Answer of All Defendants shall be filed this date.

Dated:  January 4, 2007