IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00409-WYD-PAC

LEO LOSASSO RICCIARDI,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER,
OFFICE OF CATHOLIC SCHOOLS, and
ST. JOHN THE BAPTIST CATHOLIC CHURCH AND SCHOOL,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Extend Discovery Cut-Off Date (Doc. #59), filed January 16, 2007 and Defendants' Motion for Leave to Reopen Plaintiff's Deposition . . . (Doc. #61), filed January 16, 2007 are **GRANTED** as follows:

    The parties may serve written discovery related to defendants' after-acquired evidence defense **on or before January 22, 2007.**  Responses to written discovery are due **by February 2, 2007.**

    The parties shall complete depositions related to defendants' after-acquired evidence defense **on or before February 23, 2007.**

    The dispositive motions deadline is extended to **March 23, 2007.**

    If the parties have a dispute about the scope of discovery, they are strongly urged to contact chambers at (303) 844-4892 to set up a conference call with the court to promptly resolve the matter.

Dated:  January 18, 2007