IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00409-WYD-PAC

LEO LOSASSO RICCIARDI,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER;
OFFICE OF CATHOLIC SCHOOLS;
ST. JOHN THE BAPTIST CATHOLIC CHURCH AND SCHOOL,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a joint Stipulation for Dismissal With Prejudice [# 65], filed March 20, 2007.  After a careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendants should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the joint Stipulation for Dismissal With Prejudice [# 65] is **APPROVED**; and that Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: March 21, 2007

                        BY THE COURT:

                        s/ Wiley Y. Daniel  
                        Wiley Y. Daniel  
                        U. S. District Judge